IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CELESTE BOSLEY,

      Plaintiff,                        No. CIV 2:11-cv-3444-KJM-JFM (PS)

   vs.

UNITED STATES POSTAL SERVICE, *et al.*,

      Defendants.                ORDER

         On July 12, 2012, the court held an initial scheduling conference in this matter. No appearances were made by any party. Additionally, the docket reflects that defendants have not yet been served. Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause within 14 days why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 17, 2012.

                             UNITED STATES MAGISTRATE JUDGE

/014;bosl3444.osc

1